Environmental Court of Vermont
State of Vermont
===============================================================================
E N T R Y   R E G A R D I N G   M O T I O N
===============================================================================

Champlain Marina Dock Expansion               Docket No. 28-2-09 Vtec

Project: Expansion of water-borne docks, to accommodate 16 more large boats

Applicant:   Champlain Marina, Inc.
          (Appeal from DEC determination on lake waters encroachment

Title: Motion to Intervene, (Filing No. 11)

Filed:       March 23, 2010
Filed By: David K. Mears, Attorney for: Petitioner to Intervene, Vermont
          Natural Resources Council

Response in Opposition filed on 03/30/10 by Champlain Marina, Inc.

Response in Opposition filed on 04/12/10 by Agency of Natural Resources

Reply filed on 04/13/10 by Petitioner VNRC

Reply filed on 04/16/10 by Appellant Thomas A. Battey

Reply filed on 04/23/10 by ANR


_X_ Granted               ___ Denied               ___ Other


     The Vermont Natural Resources Counsel ("VNRC") is an established state-
wide non-profit organization that has established interests in protecting
environmental resources and the public trust protections for those resources,
especially in relation to the public waters of Lake Champlain.  It has sought
to intervene in this proceeding as an *amicus curiae*, has pledged to call no
additional witnesses, and has assured that its involvement will not delay the
merits hearing, which has already been scheduled to commence on June 17, 2010.

     As all parties have noted, this Court has discretion to allow
intervention by an amicus party pursuant to V.R.C.P. 24.  VNRC also properly
noted that this Court is entrusted with a similar discretion under the
Appellate Rules, which are made applicable under V.R.E.C.P. 5(a)(2).   See
V.R.A.P. 29. We conclude that the proper exercise of this Court's discretion is
to allow VNRC to participate as an amicus curiae, based upon the
representations made on behalf of VNRC.



_____     __May 19, 2010___
     Thomas S. Durkin, Judge                      Date
===============================================================================
Date copies sent to: _____          Clerk's Initials _____
Copies sent to:
    Stephen A. Reynes, Attorney for Appellants
    Craig Weatherly, Attorney for Cross Appellant Champlain Marina, Inc.
    Cielo Marie Mendoza, Attorney for the Vermont Agency of Natural Resources
    David K. Mears, Attorney for Petitioner to Intervene, VNRC
    Jon Groveman, Esq., co-counsel for VNRC
    John H. Hasen, Attorney for Vt. Natural Resources Board (FYI purposes only)